IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE MCGRATH ET AL.<br>    Plaintiff, | :<br>:<br>:  CIVIL ACTION NO. 02-2649 |
| v. | :<br>: |
| CHARLES G. LAWSON TRUCKING, INC.<br>    Defendant. | :<br>: |

## ORDER

**AND NOW**, this 19th day of March, 2004, **IT IS HEREBY ORDERED AND DECREED** that the trial pool date in the above-captioned case shall be **Monday, June 21, 2004**.[1]  Counsel shall file all appropriate memoranda and other papers prior to the trial pool date in accordance with the Scheduling Order issued in this case.

BY THE COURT:

_____
Hon. Petrese B. Tucker

---

[1] The trial pool date as listed in the Scheduling Order is May 10, 2004.  Upon consideration of the requests of counsel and a telephone conference held March 19, 2004, the Scheduling Order shall be amended to list the trial pool date as June 21, 2004.  All other provisions of the Scheduling Order shall stand.